FILED
 2009 May-05  PM 03:40
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALISON HOOS SHEFFIELD,** | ] |
| **Plaintiff,** | ] |
| v. | ] CV-09-BE-0510-S |
| **FIRSTSOURCE ADVANTAGE, LLC,** | ] |
| **Defendant.** | ] |

## FINAL ORDER

The court, having received "Notice of Dismissal" (doc. 5), dismisses this action pursuant to F.R.C.P. Rule 41 without prejudice, costs taxed as paid.

DONE and ORDERED this 5th day of May 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE